A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Jan 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jan 14, 2010

FILED
CLERK'S OFFICE

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-11)

On June 10, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1333 (J.P.M.L. 2009). Since that time, 26 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable James Lawrence King.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge King.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable James Lawrence King.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION     MDL No. 2036

### SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**       **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3   09-5338       Josh Naehu-Reyes v. Unionbancal Corp., et al.
  CAN  3   09-5622       Katherine Anne Williams v. Wachovia Bank, N.A.

NEW YORK SOUTHERN
  NYS  1   09-8780       Angela Walsh-Duffy, et al. v. JP Morgan Chase Bank, N.A., et al.



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By   Gracie Gomez
              Deputy Clerk
Date   02-01-10

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**                                              MDL No. 2036

**PANEL SERVICE LIST (CTO-11)**

| | |
|---|---|
| Peter Higgins Bales<br>SEVERSON & WERSON PC<br>A Professional Corporation<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA 94111 | Alan M. Mansfield<br>CONSUMER LAW GROUP<br>The Consumer Law Group<br>9466 Black Mountain Road<br>Suite 225<br>San Diego, CA 92126 |
| Todd D. Carpenter<br>BONNETT FAIRBOURN<br>FRIEDMAN & BALINT PC<br>600 W. Broadway<br>Suite 900<br>San Diego, CA 92101 | Louis M. Marlin<br>MARLIN & SALTZMAN LLP<br>3200 El Camino Real<br>Suite 100<br>Irvine, CA 92602 |
| Barry R. Davidson<br>HUNTON & WILLIAMS LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131-3136 | Alisha A. Martin<br>HARRISON PATTERSON<br>  & O'CONNOR LLP<br>402 West Broadway<br>29th Floor<br>San Diego, CA 92101 |
| Robert C. Gilbert<br>ALTERS BOLDT BROWN<br>RASH & CULMO PA<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | Richard D. McCune, Jr.<br>MCCUNEWRIGHT LLP<br>2068 Orange Tree Lane<br>Suite 216<br>Redlands, CA 92374 |
| Norah Hart<br>TREUHAFT & ZAKARIN LLP<br>1011 Avenue of the Americas<br>4th Floor<br>New York, NY 10000 | James R. McGuire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 |
| Laurence J. Hutt<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017-2513 | Sylvia Rivera<br>MORRISON & FOERSTER LLP<br>555 W. Fifth Street<br>Suite 3500<br>Los Angeles, CA 90013 |
| Christopher R. Lipsett<br>WILMER CUTLER PICKERING<br>HALE & DORR LLP<br>399 Park Avenue<br>New York, NY 10022 | Marian S. Rosen<br>MARIAN S ROSEN & ASSOCIATES<br>5065 Westheimer<br>Suite 840<br>Houston, TX 77056 |

**MDL No. 2036 - Panel Service List (CTO-11) (Continued)**

Howard Rubinstein
914 Waters Avenue
Suite 20
Aspen, CO 81611

Lisa Marie Simonetti
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067-3086

Patricia N. Syverson
BONNETT FAIRBOURN FRIEDMAN & BALINT PC
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012

Miriam E. Zakarin
TEVA North America
1090 Horsham Road
P.O. Box 1090
North Wales, PA 19450-1989