# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



February 1, 2010

United States District Court
Northern District of California

RE:      MDL No. 2036 In Re: Checking Account Overdraft Litigation
          Our Case #    09-md-2036-King
          Your Case No. 3 09-5338 Josh Naehu-Reyes v. Unionbancal Corp., et al.
                         3 09-5622 Katherine Anne Williams v. Wachovia Bank, N.A.

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable James Lawrence King.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer Order-11) as PDF documents to the Southern District of Florida via electronic mail at: FLSD MDL/FLSD/11/USCOURTS.

STEVEN M. LARIMORE
Clerk of Court

by:    s/ *Graciela Gomez*
        _____
        MDL Clerk

Encl.

---

☒ 400 N. Miami Avenue
Room 8N09
Miami, FL 33128
305-523-5100

☐ 299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
954-769-5400

☐ 701 Clematis Street
Room 402
W. Palm Beach, FL 33401
561-803-3400

☐ 301 Simonton Street
Room 130
Key West, FL 33040
305-295-8100

☐ 300 S. Sixth Street
Ft. Pierce, FL 34950
772-595-9691